THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ALZAMON IRA LUCAS, Respondent.— Order affirmed. All concur, except Taylor, J., not voting. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ALZAMON IRA LUCAS,

Respondent.— Order reversed upon the ground that, from an examination of the record, we believe that there was sufficient evidence before the grand jury to, if unexplained and uncontradicted, warrant the charges laid against him in and by the indictments in question. All concur, except Taylor, J., not voting. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CANADIAN FUR TRAPPERS CORPORATION, Appellant.— Judgment of conviction affirmed. All concur, except Taylor, J., not. voting. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.